JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2225

------------------------------------

CAVLAM BUSINESS LTD. and JEAN MAURICE BERGERON,

                      Plaintiffs,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

                      Defendant.

------------------------------------

Index No.

RULE 7.1 STATEMENT

Jury Trial Demanded As To All Non-Admiralty Claims

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Cavlam Business Ltd. (a private non-governmental party) certifies that it does not have a parent company.

Dated: New York, New York
       March 5, 2008

                                      LYNCH ROWIN LLP

                                      By: _____
                                          Marc Rowin (MR 6758)
                                      630 Third Avenue
                                      New York, New York 10017
                                      (212) 682-4001
                                      Attorneys for Plaintiffs Cavlam Business Ltd. and Jean Maurice Bergeron