UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

CAVLAM BUSINESS LTD. and JEAN MAURICE
BERGERON,                                                                08 CV 2225 (JGK)

                Plaintiffs,                               **NOTICE OF MOTION**

      -against-

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Defendants.

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed Declaration of Wesley Martin Absolom and the Declaration of Julian Prowse Bosworth, the Defendants shall move this Court, before the Honorable John G. Koetl, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order dismissing the complaint.

Dated:  New York, New York
        May 29, 2008

                                                       **THE DEFENDANTS
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON**

                                                      By: /s/ Joseph G. Grasso
                                                            Joseph G. Grasso
                                                            WIGGIN AND DANA LLP
                                                            450 Lexington Avenue
                                                             Suite 3800
                                                             New York, NY 10017-3914
                                                            212-490-1700
                                                            212-490-0536 (fax)
                                                             jgrasso@wiggin.com

                                                          *Their Attorneys*