UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

CAVLAM BUSINESS LTD. and JEAN MAURICE
BERGERON,

                Plaintiffs,

      -against-

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Defendants.

------------------------------------------------------------------x

08 CV 2225 (JGK)

DECLARATION OF
WESLEY MARTIN ABSOLOM
IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS

I, Wesley Martin Absolom, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

1. I am an Underwriter for Underwriting Risk Services Ltd ("URS"), with an office at 55 Gracechurch Street, London, England. URS is a subsidiary of Talbot Holdings Ltd. Talbot Underwriting Ltd., another subsidiary of Talbot Holdings Ltd. and a sister company of URS, manages the affairs of Talbot 2002 Underwriting Capital Ltd. (Talbot 2002), a corporate name at Lloyd's of London, underwriting through Syndicate 1183, also managed by Talbot Underwriting Ltd. Talbot 2002 is the lead defendant in this action. I submit this affidavit in support of the defendants' motion to dismiss.

Placement of Insurance on the AMIRA

2. URS, among other things, underwrites marine insurance on yachts. URS formerly operated under the trade name "Yachtsure".

3.     On November 6, 2002, URS received a fax from International Marine Insurance Services ("IMIS"), who I understand is located in North Grasonville, Maryland, requesting a quote for insurance on the yacht, "M/Y AMIRA." I understand that IMIS was the insurance broker for the plaintiffs (the assureds). While the quote request listed the yacht's owners as Jean Maurice Bergeron as the applicant and Cavalam Ltd as an additional insured, the Transcript of British Registry (British Virgin Islands) describes the yacht's owners as Cavlam Business Ltd. A true and correct copy of the quote request received on November 6, 2002 is attached hereto as Exhibit A.

4.     Between November 6, 2002 and November 19, 2002, URS exchanged correspondence with IMIS concerning the quote request. During this correspondence, IMIS represented that Bergeron intended to ship the yacht back to France, where he resides, from the Caribbean before the 2003 hurricane season. Initially, on November 8, 2002, the quote request was declined by URS due to the vessel's stated mooring location in US/Caribbean waters. Ultimately, on November 19, 2002 URS provided a written quotation to insure the AMIRA, with an identified value of $500,000 provided by the assureds, subject to the assureds' warranty that the yacht would leave Caribbean and US waters by July 1, 2003. A true and correct copy of the November 19, 2002 quotation is attached hereto as Exhibit B.

5.     URS did not receive a response to the November 19, 2002 proposal until we received an email from Gary Golden at IMIS on January 14, 2003. In the email, Mr. Golden informed us that Mr. Bergeron had changed his plans, and now intended to take the AMIRA south to Trinidad to avoid storm exposure during the summer, rather than return it to the Mediterranean. URS therefore sent a revised quotation via facsimile to IMIS on February 6, 2003, a copy of which is attached hereto as Exhibit C. URS then received a fax from IMIS on

March 3, 2003 asking for coverage to be bound immediately. IMIS also confirmed that the premium of $8,210 had been collected, and provided other documents, including a completed Yachtsure Proposal Form, which had been signed by Mr. Bergeron and listed an address for him and Cavalam Ltd. in Nassau, Bahamas. A copy of the completed Proposal Form is attached hereto as Exhibit D.

6. Following receipt of these documents, URS issued a Certificate of Insurance number M/03/08661 for the yacht for the period March 3, 2003 to March 3, 2004 (the "2003 Certificate"). A true and correct copy of the 2003 Certificate is attached hereto as Exhibit E.

7. URS placed the risk at Lloyd's pursuant to a binding authority with Talbot 2002. Talbot 2002 served as the lead underwriter on the risk, through Syndicate No. 1183, which was shared with the members of Syndicates Nos. 2001, 2003, 2987, 2020 and 1084 at Lloyd's of London.

8. In February and March 2004, URS and IMIS exchanged emails and correspondence concerning renewal of the insurance for the AMIRA. In its renewal quotation dated February 20, 2004, a true and correct copy of which is attached as Exhibit F, URS specified that the policy would be subject to the exclusive jurisdiction of the English courts.

9. The renewal terms were accepted by the assureds and the insurance of AMIRA was renewed by Certificate of Insurance number M/04/08661, for the period March 3, 2004 to March 4, 2005 (the "2004 Certificate"). A true and correct copy of the 2004 Certificate is attached hereto as Exhibit G.

10. I understand that the vessel sank on December 18, 2004 and that a claim was thereafter presented by the assureds. The claim is the subject of the Declaration by Julian Prowse Bosworth dated May 27, 2008 (submitted herewith). Notwithstanding the sinking,

underwriters remained prepared to renew coverage for the damaged yacht upon expiry of the 2004 Certificate; however, coverage was withdrawn on March 15, 2005 when it became clear that the assureds had made no effort to minimize the loss or carry out any emergency and/or remedial work following the casualty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 27th day of May, 2008.

_____
Wesley Martin Absolom

\88888888\2770\21139.1

Int'l Marine Ins Svcs        +410-849-8831        11/11/02 04:51P  P.003

Int'l Marine Ins Svcs        +410-849-8831        11/05/02 05:12P  P.001

## INTERNATIONAL MARINE INSURANCE SERVICES
### QUOTE REQUEST

**APPLICANT:** NAME: *Jean Maurice Bergeron*
ADDRESS: *PO Box 6174/Nassau, BAHAMAS*
HOME PHONE:
WORK PHONE:
YEARS OPERATING BOATS: *18*
YEARS BOAT OWNERSHIP: *18*
EXPERIENCE DESCRIPTION: *owned-to 40' power; this vessel since 1999*
TRAINING: *French Permit*
CLAIMS (5 yrs): *12/2000, anchor dragged in storm and drifted into another vessel, $15000*
OTHER OPERATOR(S): *none*
ADDITIONAL INSURED(S): *Cavalam, Ltd*
LOSS PAYEE(S): *none*

SSN & DRIVER LIC. NO.:
AGE & OCCUPATION: *68/retired*
PREVIOUS INSURER: *Lloyds*
DECLINED (explain if yes):

**VESSEL:** NAME: *Amira*
YEAR: *1972*  LENGTH: *63*  MANUFR: *Bertram*  MODEL: *motoryacht*
TYPE: *power*  BUILT AT:  CONSTRUCTION: *fiberglass*
HULL ID NO.: *BRY630171072*  REGISTRATION NO.: *732554*  DISPLACEMENT: *63000*
PURCHASE DATE:  PURCHASE COST:  NEW REPLACEMENT COST: *1875000*
NO. OF ENGINES: *2*  ENGINE SERIAL NOS.:
ENGINE YEAR: *1972*  MAKER: *Detroit*  FUEL: *diesel*
DRIVE: *inboard*  TOTAL HORSEPOWER: *960*  SPEED (mph): *21*
AUTO. EXTINGUISHER: *yes*  FUME DETECTOR: *yes*  VHF RADIO: *yes*  DEPTH SOUNDER: *yes*
LORAN/SATNAV/GPS: *yes*  THEFT ALARM: *no*  STOVE FUEL:  GENERATOR FUEL: *none*
TENDER & OUTBOARD: *1993 Achilles HB-124; 1995 30hp Tohatsu*
TRAILER: *none*
ADDITIONAL SAFETY EQUIPMENT: *RADAR*

**COVERAGE:** USE: *private pleasure*
NAVIGATION AREA: *US Atlantic coast & Bahamas (Caribbean for a few months in early 2003)*
PRINCIPAL MOORING: *cruising*
LAY-UP: *none*
HULL (5 __11,000__ deductible): $ 550,000
LIABILITY: $1,000,000
MEDICAL PAYMENTS: $ 5,000
UNINSURED BOATER: $ 25,000
TENDER ENDORSEMENT: $ 10,000

EFFECTIVE DATE:
EXPIRATION DATE:
TOTAL PREMIUM: $

DATE: *07/24/2002*
REQUESTER:
COMMENTS:

*Wes, I presume that the concern is over the vessel being in the Bahamas or Caribbean during the 2003 hurricane season. However, the insured expects to ship the vessel back to France where he is from before then. Perhaps you could offer a quote with that in mind?*

*Regret due to vessels mooring location.*

①

Quote No     22,787

Jean Maurice Bergeron            550713 International Marine Insurance Services
                                                208 Piney Narrows Road
                              **Quotation**          Chester
                                                Maryland 21619
                                                USA

Issued in accordance with authorisation granted to YACHTSURE underwritten by certain Underwriters at Lloyd's

**Period**       12 months at date to be agreed

|  | Name |  |  | Year Built | Type |  | Length |
|---|---|---|---|---|---|---|---|
| **Vessel** | AMIRA |  |  | 1972 | Bertram |  | 19.20 m |
|  |  | Ccy | Sum Insured |  |  |  | Deductible |
| sel |  | USD | 550,000 |  |  |  | 11,000 |
| nghy and Outboard |  |  | 10,000 |  |  |  | 500 |

                              USD         560,000 Total Sum Insured

**In Commission Period**     12 months

**Navigation Limits**       US Atlantic Coast & Bahama s

**Conditions**              American Yacht Form 77 (P)
                           Protection and Indemnity 77 (Q) Limited to USD 500,000 any one accident or occurrence
                           Deductible USD 500 each and every claim
                           Medical Payments 77(S) Limit USD 5,000 any one person/USD 25,000 any one accident or occurrence.
                           Deductible USD 100 each and every claim
                           Uninsured Boater USD 25,000.   Deductible USD 500 each and every claim
                           Legality Clause
                           Privacy Clause (LSW 1135)
                           Excluding War
                           Excluding Crew
                           Excluding Cargo Shipment
                           Warranted vessel left Caribbean/ US Waters by 1st July 2003
                           Subject to a satisfactory survey and valuation
                           Warranted Premium paid to Underwriters within 45 days of inception or cover automatically cancelled
                           with effect from inception.

**Gross Premium**               USD         8,210.00

                                                                              Total     USD       8,210.00

This Quotation shall be subject to the exclusive jurisdiction of the English courts, except as may be expressly provided herein to the contary.  A full copy of the Conditions herein are available on request.

**This Quotation is subject to a Satisfactory Proposal Form**          Quotation valid for 45 days from 19/11/2002

'LEASE NOTE:
NSURANCE PREMIUM TAX AT 5% OR THE APPLICABLE RATE WILL BE PAYABLE HEREON UNLESS
XEMPT.

FAO: Gary Golden

Quote No          22,787

Jean Maurice Bergeron

550713 International Marine Insurance Services
208 Piney Narrows Road
Chester
Maryland 21619
USA

# Quotation

Issued in accordance with authorisation granted to YACHTSURE underwritten by certain Underwriters at Lloyd's.

**Period**       12 months at date to be agreed

|  | Name |  |  | Year Built | Type |  | Length |
|---|---|---|---|---|---|---|---|
| Vessel | AMIRA |  |  | 1972 | Bertram |  | 19.20 m |
|  |  | Ccy | Sum Insured |  |  |  | Deductible |
| ˜sel |  | USD | 550,000 |  |  |  | 11,000 |
| ˜inghy and Outboard |  |  | 10,000 |  |  |  | 500 |

|  |  | USD | 560,000 Total Sum Insured |
|---|---|---|---|
| In Commission Period |  | 12 months |  |

**Navigation Limits**   US Atlantic Coast, Bahamas and Caribbean Waters 9-19 degrees North by 58-68 degrees West

**Conditions**
American Yacht Form 77 (P)
Protection and Indemnity 77 (Q) Limited to USD 500,000 any one accident or occurrence
Deductible USD 500 each and every claim
Medical Payments 77(S) Limit USD 5,000 any one person/USD 25,000 any one accident or occurrence.
Deductible USD 100 each and every claim
Uninsured Boater USD 25,000.  Deductible USD 500 each and every claim
Legality Clause
Privacy Clause (LSW 1135)
Excluding War
Excluding Crew
Warranted vessel below 12.5 degrees North during the period 1st July to 30th November
Subject to a satisfactory survey and valuation
Additional premium US$ 280.00 in respect of war coverage (o/w US$ 28.00 iro TRIA)
Warranted Premium paid to Yachtsure within 45 days of inception or cover automatically cancelled with effect from inception.

**Gross Premium**           USD           8,210.00

                                                    Total     USD       8,210.00

This Quotation shall be subject to the exclusive jurisdiction of the English courts, except as may be expressly provided herein to the contary. A full copy of the Conditions herein are available on request.

**This Quotation is subject to a Satisfactory Proposal Form**           Quotation valid for 45 days from 06/02/2003

**PLEASE NOTE:**
**INSURANCE PREMIUM TAX AT 5% OR THE APPLICABLE RATE WILL BE PAYABLE HEREON UNLESS EXEMPT.**

Case 1:08-cv-02225-JGK   Document 5-5   Filed 05/29/2008   Page 1 of 2

Intl Marine Ins Svcs          +410-643-8351              03/03/03 07:38P  P.002
Fax émis par : 8143461976     ESCLEINE Marie.F           26/02/03  23:14    Pg: 1

## YACHTSURE PROPOSAL FORM
International Marine Insurance Services

**Details of Proposer**

Insured's full name: Jean Maurice Bergeron and Cavalon, Ltd.
Address: P.O. Box 6174, Nassau, Bahamas
Phone: Work: _____ Home: 1 646 327 9321 Fax: _____
Occupation: retired                                Date of birth: age 69
Name of Owner (if not the Insured): Cavalon, Ltd.

Experience & Qualifications:
a) in this type of craft: (i) years as skipper: _____ (ii) years as crew: _____
b) in craft generally: (i) years as skipper: 19 (ii) years as crew: 19

Have you had any accidents/claims/losses in connection with any vessel you have sailed/owned/under your control in the last 5 years? **YES**/NO
If 'YES' please provide details, including dates and amounts paid: 12/2000, anchor dragged and drifted into another vessel $15,000.

Have you ever been refused insurance? YES/**NO** If 'YES' please provide details: _____

Have you or any person you have allowed or may allow to use your craft, ever been charged with or convicted of any offence involving dishonesty of any kind, e.g. fraud, arson, robbery, smuggling, theft or handling stolen goods? YES/**NO**
If 'YES' please provide details: _____

Previous Insurers: Lloyd's of London, General Star Indemnity   Details of N.C.B. (if applicable, please attach proof): _____

**Details of Vessel**

Name: Ahsa                                         Type/model: motoryacht
Builders: Bertram                                  Port of Registry: _____  Flag: British Virgin Islands
Material of Hull: fiberglass    Mast: _____      Date built: 1972
Hull Identification No.: BRY63D171072              Other Identification No.: _____
Date purchased: 03/1999                            Price paid: $365,000
Length: 63'    Beam: 18'4"    Draft: 6'            Tonnage: 65 grs; 52 nt
Sail area (if applicable): _____                 Maximum Designed Speed: 21 mph
Type of rigging: n/a  ☐ Masthead    ☐ Fractional   ☐ Other (please state) _____
Type of hull:         ☒ Mono        ☐ Catamaran    ☐ Trimaran

Has the vessel been professionally surveyed in the last three years? 02/22/1999 not recently
If yes, please provide surveyor's name and copy of survey: Florida Nautical Surveyors, Inc.

**Value to be insured**

1) Vessel              $ 500,000         Please list any other specific items within the vessel value:
                                         Value           Description
2) Dinghy/Tender       $ 10,000          $_____        (_____)
3) Outboard motor(s)   $ included in tender    $_____        (_____)
4) Trailer             $ —               $_____        (_____)
5) Personal Effects*   $ —               $_____        (_____)
                       $ —               $_____        (_____)
Total Sum to be Insured $ 510,000        * Personal Effects are defined as items that would not be sold with the vessel and are
                                         limited to £250 any single item (or the equivalent in any other currency.)

**Engine/Machinery details**

Make and model of engine(s): _Artic Diesel_

Year built: _1972_    H.P. (total): _960_    Number of engines: _2_

Type:
- ☐ Inboard
- ☒ Sterndrive
- ☐ Jet
- ☐ Outboard
- ☐ Surface-drive
- ☐ Other (please state)

Fuel:
- ☐ Petrol
- ☒ Diesel
- ☐ CODAG
- ☐ CODOG

Fire Extinguishers:
- ☒ Manual
- ☐ Water
- ☐ Foam
- ☒ Automatic
- ☒ $CO^2$
- ☐ Other (please state)

Do you wish to cover the outboard motor against dropping off and falling overboard? _yes_

If so, please state make, model, age and H.P. of outboard motor: _1995 30hp Tohatsu_

**Use of vessel and coverage**

Use:
- ☒ Private pleasure
- ☐ Skipper charter (if day charter please state no. passengers: _____)
- ☐ Bareboat charter
- ☐ Other (please state)

Moorings: _no regular_ ☐ Marina pontoon  ☐ Marina stern to  ☐ Swing
_mooring_         ☐ Pile              ☐ Fore & aft      ☐ Other (please state)

Where will the vessel be moored? _no regular mooring, in Tadiac in hurricane season_

Months in commission: _12 months_    Location of lay-up: _____

Is the vessel subject to finance/mortgage? If so, please state amount of loan and name of finance company: _no_

Date cover is to commence: _MARCH 1st 2003_ To: _FEBRUARY 29th 2004_

Third party limit required: _$500,000_    Limit for water-skiers liability limit required: _____

Deductible required: _$10,000_

Will the vessel be used for racing? YES / NO

If "YES" please provide replacement value of mast, spars, sails and rigging: _____

Type of race: _n/a_   ☐ Club   ☐ Off-shore

Navigation limits: ☐ UK Inland & coastal   ☐ UK Inland & coastal waters & continental waters between Brest & River Elbe
☐ Mediterranean waters not East of _____ degrees East
☒ Other (please state) _US Atlantic coast, Bahamas and eastern Caribbean_

**Declaration**

All material facts must be disclosed to Underwriters whether or not the subject of a specific question above. A material fact is one which a prudent Underwriter would regard as likely to influence the acceptance or assessment of the proposal. Non-disclosure or misrepresentation of material fact may result in the insurance being void. If you are in any doubt about whether facts would be considered material, you should disclose them.

I declare that the particulars and answers are correct and complete in every respect to my knowledge and belief. I agree that this proposal and declaration shall form the basis of the contract of insurance between me and the Underwriters if a policy is issued.

I further declare and agree that if the statement and particulars above have been completed in the handwriting of any other person other than the undersigned, such person deemed to be the agent of the proposer for the purpose of completion purposes.

Signed _[signature]_    Full name _Jean Maurice Bergeron_    Date _Feb 27/03_

ne of Insured
ı Maurice Bergeron & Cavalam Ltd
Box 6174
sau
amas

International Marine Insurance Services
208 Piney Narrows Road
Chester
Maryland 21619
USA

## Certificate of Insurance

sued in accordance with authorisation granted to YACHTSURE under Contract No YS03/0001 underwritten by certain Underwriters at oyd's. In consideration of the premium specified below, the said Underwriters are hereby bound each for his own part and not one for ıother, their heirs, executors and administrators, to insure the vessel(s) named herein, in accordance with the terms and conditions tached hereto.

:hedule hereto forming part of Certificate No.   M/03/08661
sued in respect of the insurance effected on the vessel(s) named herein, in accordance with your instructions.

eriod    03/03/2003    to    03/03/2004    at    00.01 hours local standard time

| | Name | | | Year Built | Type | Length |
|---|---|---|---|---|---|---|
| essel | AMIRA | | | 1972 | Bertram 63 | 19.20 m |
| | | Ccy | Sum Insured | | | Deductible (USD) |
| | | USD | 500,000 | | | 11,000 |
| ınghy and Outboard | | | 10,000 | | | 500 |
| | | USD | 510,000 Total Sum Insured | | | |

n Commission Period          12 months

Javigation Limits            US Atlantic Coast, Bahamas and Caribbean Waters 9-19 degrees North by 58-68 degrees West

Conditions                   American Yacht Form 77 (P)
                             Protection and Indemnity 77 (Q) Limited to USD 500,000 any one accident or occurrence subject to a deductible USD 500 each and every claim
                             Medical Payments 77(S) Limit USD 5,000 any one person/USD 25,000 any one accident or occurrence., subject to a deductible USD 100 each and every claim
                             Uninsured Boater USD 25,000.  Deductible USD 500 each and every claim
                             Legality Clause
                             Privacy Clause (LSW 1135)
                             Excluding War
                             Excluding Crew
                             Excluding Cargo Shipment
                             Warranted vessel below 12.5 degrees North during the period 1st July to 30th November
                             Warranted Premium paid to Yachtsure within 45 days of inception or cover automatically cancelled with effect from inception.

Gross Premium          USD         8,210.00
                                                                  Total USD          8,210.00

This Certificate is not valid unless signed
                           Signed for and on behalf of Yachtsure, Gracechurch House, 55 Gracechurch Street, London EC3V 0JP

Dated in London  18/03/2003

Attaching to and forming part of Certificate No:        M/03/08661

**AMIRA**

COMPLAINTS PROCEDURE

If you have a problem concerning any aspect of your insurance please contact your Broker or Yachtsure:

Yachtsure,
Gracechurch House,
55 Gracechurch Street,
London EC3V 0JP

If you are unable to resolve the situation and wish to make a complaint you can do so at any time by referring the matter to the Complaints Department at Lloyd's.

Their address is:

Complaints Department
Lloyd's
One Lime Street
EC3M 7HA

Tel. 020 7327 5693
Fax. 020 7327 5225

E-mail: lloyds-regulatory-complaints@lloyds.com

Complaints that can not be resolved by the Complaints Department may be referred to the Financial Ombudsman Service. Further details will be provided at the appropriate stage of the complaints process.

Maurice Bergeron & Cavalam Ltd  
Box 6174  
sau  
amas

INTERNATIONAL MARINE INSURANCE  
208 Piney Narrows Road  
Chester  
Maryland 21619  
USA

## Endorsement No A 1 for Certificate No M/03/08661

It is hereby understood and agreed that for the effective period the terms are amended as follows:-  
Effective Period   03/07/2003 to  03/03/2004  
Original Period    03/03/2003 to  03/03/2004

| | Name | | Year Built | Type | Length |
|---|---|---|---|---|---|
| Vessel | AMIRA | | 1972 | Bertram 63 | 19.20 m |

| | Ccy | Sum Insured | Deductible |
|---|---|---|---|
| Vessel | USD | 500,000 | 11,000 |
| Dinghy and Outboard | | 10,000 | 500 |
| | USD | 510,000 Total Sum Insured | |

It is hereby understood and agreed that cover herein excludes Named Windstorm losses during the period 1st July and 30th November

All other terms, clauses and conditions remain unaltered

Dated in London 14/07/2003

**This Endorsement is not valid unless signed**  
Signed for and on behalf of Yachtsure, Gracechurch House, 55 Gracechurch Street, London EC3V 0JP

**Name of Insured:**
ean Maurice Bergeron & Cavalam Ltd
'O Box 6174
Jassau
Bahamas

INTERNATIONAL MARINE INSURANCE
462 Kent Narrows Way North
Grasonville
MD 21638-1022
USA

## RENEWAL QUOTATION

| **CERTIFICATE NO** | M/03/08661 | **RENEWAL DATE** | 03/03/2004 |
|---|---|---|---|

**Period**    03/03/2004   to   03/03/2005   at   00.01 hours local standard time

| | Name | Year Built | Type | Length |
|---|---|---|---|---|
| **Vessel** | AMIRA | 1972 | Bertram 63 | 19.20 m |

| | Ccy | Sum Insured | | Deductible (USD) |
|---|---|---|---|---|
| Vessel | USD | 500,000 | | 11,000 |
| Dinghy and Outboard | | 10,000 | | 500 |

USD    510,000   Total Sum Insured

**In Commission Period**    12 months

**Navigation Limits**    US Atlantic Coast, Bahamas and Caribbean Waters 9-19 degrees North by 58-68 degrees West

**Conditions**
American Yacht Form 77 (P)
Protection and Indemnity 77 (Q) Limited to USD 500,000 any one accident or occurrence subject to a deductible USD 500 each and every claim
Medical Payments 77(S) Limit USD 5,000 any one person/USD 25,000 any one accident or occurrence., subject to a deductible USD 100 each and every claim
Uninsured Boater USD 25,000. Deductible USD 500 each and every claim
Legality Clause
Privacy Clause (LSW 1135)
Excluding War
Excluding Crew
Warranted vessel below 12.5 degrees North during the period 1st July to 30th November
Warranted Premium paid to Yachtsure within 45 days of Certificate issue date or cover automatically cancelled with effect from inception.

**Gross Premium**    USD    8,210.00

Total    USD    8,210.00

confirm that there are no material changes to this insurance and that I have read page 2 of this Quotation nd accept the terms and conditions as quoted.

*or excl. NWS losses. (this op not put on orig quote) to MI*

**Signed**    **Dated**    **Printed**    20/02/2004

Please return the complete Renewal Notice together with the full premium payment to ensure continuation of cover.

Page 1 of 2

ATTACHING TO AND FORMING PART OF RENEWAL QUOTATION IN RESPECT OF CERTIFICATE NO  M/03/08661

Under recent EC legislation, an Assured is to be advised that the parties to a contract of insurance covering a risk situated in the EC are permitted to choose the law applicable to the contract. This insurance contract shall be subject to the exclusive jurisdiction of the English courts, except as may be expressly provided herein to the contary.

N.B. Any material alteration in the facts previously disclosed in connection with this insurance which could affect the insurers decision on the terms and conditions quoted must be notified to Insurer's or the insurance may be voided by reason of non-disclosure. If there are any material changes of which the Insurer's should be aware, please provide details below.

me of Insured
n Maurice Bergeron & Cavalam Ltd
) Box 6174
ssau
hamas


YACHTSURE
i n s u r a n c e

INTERNATIONAL MARINE INSURANC[E]
4-62 Kent Narrows Way North
Grasonville
MD 21638-1022
USA

## Certificate of Insurance

Issued in accordance with authorisation granted to YACHTSURE under Contract No YS04/0001 underwritten by certain Underwriters ;
Lloyd's. In consideration of the premium specified below, the said Underwriters are hereby bound each for his own part and not one for
another, their heirs, executors and administrators, to insure the vessel(s) named herein, in accordance with the terms and conditions
attached hereto.

**Schedule hereto forming part of Certificate No. M/04/08661**
Issued in respect of the insurance effected on the vessel(s) named herein, in accordance with your instructions.

| Period | 03/03/2004 to 03/03/2005 at | 00.01 hours local standard time | | |
|---|---|---|---|---|
| | Name | Year Built | Type | Length |
| Vessel | AMIRA | 1972 | Bertram 63 | 19.20 m |
| | Ccy | Sum Insured | | Deductible (USD) |
| Vessel | USD | 500,000 | | 11,000 |
| Dinghy and Outboard | | 10,000 | | 500 |
| | USD | 510,000 Total Sum Insured | | |

| In Commission Period | 12 months |
|---|---|
| Navigation Limits | US Atlantic Coast, Bahamas and Caribbean Waters 9-19 degrees North by 58-68 degrees West |
| Conditions | American Yacht Form 77 (P)<br>Protection and Indemnity 77 (Q) Limited to USD 500,000 any one accident or occurrence subject to a deductible USD 500 each and every claim<br>Medical Payments 77(S) Limit USD 5,000 any one person/USD 25,000 any one accident or occurrence, subject to a deductible USD 100 each and every claim<br>Uninsured Boater USD 25,000. Deductible USD 500 each and every claim<br>Legality Clause<br>Privacy Clause (LSW 1135)<br>Excluding War<br>Excluding Crew<br>Warranted vessel below 12.5 degrees North during the period 1st July to 30th November<br>Warranted no known or reported losses at 5th March 2004<br>Warranted Premium paid to Yachtsure within 45 days of Certificate issue date or cover autom[atically] cancelled with effect from inception. |
| Gross Premium | USD 8,210.00 |
| | Total USD 8,210.00 |

                                                        A. Oakley         Dated in London 10/03/2004
This Certificate is not valid unless signed   .........................
                    Signed for and on behalf of Yachtsure, Gracechurch House, 55 Gracechurch Street, London EC3V 0JP



Attaching to and forming part of Certificate No:     M/04/08661

AMIRA

## COMPLAINTS PROCEDURE

If you have a problem concerning any aspect of your insurance please contact your Broker or Yachtsure:

Yachtsure,
Gracechurch House,
55 Gracechurch Street,
London EC3V 0JP

If you are unable to resolve the situation and wish to make a complaint you can do so at any time by referring the matter to the Complaints Department at Lloyd's.

Their address is:

Complaints Department
Lloyd's
One Lime Street
EC3M 7HA

Tel. 020 7327 5693
Fax. 020 7327 5225

E-mail: lloyds-regulatory-complaints@lloyds.com

Complaints that can not be resolved by the Complaints Department may be referred to the Financial Ombudsman Service. Further details will be provided at the appropriate stage of the complaints process.

