ıme of Insured
ın Maurice Bergeron & Cavalam Ltd
) Box 6174
ıssau
ıhamas



INTERNATIONAL MARINE INSURANCI
4-62 Kent Narrows Way North
Grasonville
MD 21638-1022
USA

## Certificate of Insurance

Issued in accordance with authorisation granted to YACHTSURE under Contract No YS04/0001 underwritten by certain Underwriters ₐ Lloyd's. In consideration of the premium specified below, the said Underwriters are hereby bound each for his own part and not one for another, their heirs, executors and administrators, to insure the vessel(s) named herein, in accordance with the terms and conditions attached hereto.

**Schedule hereto forming part of Certificate No. M/04/08661**
Issued in respect of the insurance effected on the vessel(s) named herein, in accordance with your instructions.

| Period | 03/03/2004 to 03/03/2005 at | | 00.01 hours local standard time | | |
|---|---|---|---|---|---|
| | Name | | Year Built | Type | Length |
| Vessel | AMIRA | | 1972 | Bertram 63 | 19.20 m |
| | | Ccy | Sum Insured | | Deductible (USD) |
| essel | | USD | 500,000 | | 11,000 |
| Dinghy and Outboard | | | 10,000 | | 500 |
| | | USD | 510,000 Total Sum Insured | | |

| In Commission Period | 12 months |
|---|---|
| Navigation Limits | US Atlantic Coast, Bahamas and Caribbean Waters 9-19 degrees North by 58-68 degrees West |
| Conditions | American Yacht Form 77 (P) |
| | Protection and Indemnity 77 (Q) Limited to USD 500,000 any one accident or occurrence subject to a deductible USD 500 each and every claim |
| | Medical Payments 77(S) Limit USD 5,000 any one person/USD 25,000 any one accident or occurrence, subject to a deductible USD 100 each and every claim |
| | Uninsured Boater USD 25,000. Deductible USD 500 each and every claim |
| | Legality Clause |
| | Privacy Clause (LSW 1135) |
| | Excluding War |
| | Excluding Crew |
| | Warranted vessel below 12.5 degrees North during the period 1st July to 30th November |
| | Warranted no known or reported losses at 5th March 2004 |
| | Warranted Premium paid to Yachtsure within 45 days of Certificate issue date or cover autom<br>cancelled with effect from inception. |

| Gross Premium | USD | 8,210.00 | | |
|---|---|---|---|---|
| | | | Total USD | 8,210.00 |

This Certificate is not valid unless signed    *A. Oakle...*   Dated in London 10/03/2004
Signed for and on behalf of Yachtsure, Gracechurch House, 55 Gracechurch Street, London EC3V 0JP



Attaching to and forming part of Certificate No:          M/04/08661

**AMIRA**

## COMPLAINTS PROCEDURE

If you have a problem concerning any aspect of your insurance please contact your Broker or Yachtsure:

Yachtsure,
Gracechurch House,
55 Gracechurch Street,
London EC3V 0JP

If you are unable to resolve the situation and wish to make a complaint you can do so at any time by referring the matter to the Complaints Department at Lloyd's.

Their address is:

Complaints Department
Lloyd's
One Lime Street
EC3M 7HA

Tel. 020 7327 5693
Fax. 020 7327 5225

E-mail: lloyds-regulatory-complaints@lloyds.com

Complaints that can not be resolved by the Complaints Department may be referred to the Financial Ombudsman Service. Further details will be provided at the appropriate stage of the complaints process.

