UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

CAVLAM BUSINESS LTD. and JEAN MAURICE
BERGERON,

                Plaintiffs,

                -against-

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Defendant.

-------------------------------------------------------------------x

08 CV 2225 (JGK)

DECLARATION OF
JULIAN PROWSE BOSWORTH
IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS

I, Julian Prowse Bosworth, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

1. I am the Claims Director of Underwriting Risk Services Ltd. ("URS"). I submit this affidavit in support of the defendants' motion to dismiss. I respectfully refer the Court to the Declaration of Wesley Martin Absolom dated May 27, 2008 for the background information describing URS' involvement in this matter on behalf of defendant underwriters and for the underwriting of the insurance coverage at issue.

The Claim

2. On December 21, 2004, URS was notified that the AMIRA had sunk on December 18, 2004 at her moorings at the Varadera Del Caribe Yard, Isla de Margarita, Venezuela. A true and correct copy of the insurance claim form, dated December 23, 2004, is attached hereto as Exhibit A.

3. Following notification, URS sent instructions to Frank B. Hill & Co., SA, a Lloyd's Agency surveyor in Venezuela, in order to determine the cause of the sinking, the extent of the damage, necessary repairs and estimated costs. URS advised the assureds' broker, International Marine Insurance Services ("IMIS"), by email that it had taken this action.

4. URS also engaged Kermit J. "Butch" Naylor of Southern Yacht Surveyors to examine the AMIRA. Mr. Naylor conducted his examination in Venezuela between May 17 and May 19, 2005. Later, a joint inspection was made by Mr. Naylor and Drew Haines of Murray & Associates, representing the assureds Cavalam and Mr. Bergeron, between July 25 and July 27, 2005. Mr. Naylor is now deceased.

5. Mr. Naylor provided two reports to URS, dated May 31, 2005 and July 6, 2005. In short, Mr. Naylor concluded that the AMIRA had not been maintained in a seaworthy condition. As he stated on the final page of the July 6, 2005 report: "I would summarize the cause of the sinking as a lack of needed maintenance which allowed a steady ingress of water in the vessel at all times and increasing while underway."

6. Based on Mr. Naylor's conclusions, the insurance claim was denied.

7. URS latterly engaged Mr. Mike Martyn-Johns of Burness Corlett, located in London, to inspect the vessel and advise on cause of loss, following the insured's repudiation of the claim denial.

8. The parties also dispute the value of the AMIRA and consequent amount of the claim.

9. The assureds have retained certain surveyors and consultants, none of whom are located in New York.

The English Proceedings

10. On May 5, 2006, Talbot 2002, on behalf of itself and the other members of the syndicates involved (the defendants herein), commenced an action in the High Court in London against Jean Maurice Bergeron, Cavalam Ltd., and Cavlam Business Ltd. In that action, underwriters seek a declaration that there is no coverage for the sinking of the AMIRA under the 2004 Certificate. A true and correct copy of the underwriters' Claim Form in the English proceedings is attached hereto as Exhibit B. On August 17, 2007 Mr. Bergeron filed an acknowledgment of service in the English proceedings, a copy of which is attached hereto as Exhibit C. Since that time, the English proceedings have essentially been stayed while the parties negotiated with respect to the claim.

11. In March 2008 the plaintiffs commenced this action against underwriters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 27th day of May, 2008.

JULIAN PROWSE BOSWORTH

\88888888\2770\21184

# YACHTSURE
# CLAIM FORM

### 1. Assured

a) Name of Vessel: AMIRA (Amira)   Policy No: W/03/08661

b) Name of Assured: Jean Maurice Bergeron   c) VAT registered? ON7525SH
and Caulain Limited

d) Address: P.O Box 6174 Nassau Bahamas, Suffolk House Paradise Isl.

Tel No: (home) _____ (work) 1-646-327-9871 (fax) 33.1.45486885.
Actually on trip France

### 2. Incident

a) Date: 18 Dec 04   Time: Morning

b) Exact location: Wharf of Varadero del Caribe Chacachacare
Margarita Isl. Venezuela

c) Wind speed: _____ Wind direction: _____

d) Sea condition:   ☐ Calm   ☐ Moderate   ☐ Rough   ☐ Storm

e) Speed of vessel through water: _____

f) Name of person in control of vessel: _____

g) Number of years experience: _____ Qualifications: _____

h) Number of people (including Skipper) on the vessel at the time of the loss: _____

i) For what purpose was the vessel being used? Moored to repairer's wharf

### 3. Cause and activity

**CAUSE**
- ☐ Theft
- ☐ Grounding
- ☐ Wind damage
- ☐ Negligence
- ☐ Fire
- ☐ Latent defect
- ☒ Water damage
- ☐ Malicious damage
- ☐ Collision
- ☐ Heavy weather
- ☐ Accidental loss
- ☐ Lightning

☐ Other (please state): _____

**ACTIVITY**
- ☒ Moored
- ☐ Road transit
- ☐ Anchored
- ☐ Demonstration
- ☒ Repairer's yard
- ☐ Delivery voyage
- ☐ Laid up ashore
- ☐ Water-skiing
- ☐ Underway
- ☐ Racing
- ☐ Laid up afloat
- ☐ Berthing/docking

☐ Other (please state): _____

(27)

### 4. Claimed Loss

- [x] Actual Total Loss
- [ ] Constructive Total Loss
- [x] Machinery damage
- [ ] Keel/rudder
- [ ] Propeller/shaft only

- [ ] *Tender/dinghy
- [ ] *Outboard motor
- [x] *Personal effects
- [x] *Equipment
- [ ] *Mast, spars, sails, rigging

- [ ] Trailer
- [ ] Salvage
- [ ] Hull damage
- [ ] Third party liability
- [ ] Personal accident

**NOTE** For claims in respect of items above marked * please provide following details:- 1) description of item lost/damaged, 2) serial number/identifying markings/colour & size, 3) date of purchase and purchase price and 4) estimated cost of repairs/replacement

### 5. Third Party Liability

a) Details of vessel/property damaged: ................................................................

b) Nature and extent of this damage: ................................................................

c) Name of Owner, Insurer and Policy No of third party: ................................................................

d) Did you accept liability? If "yes" please give details: ................................................................

e) Were you liable? If "yes" please give reasons: ................................................................

### 6. Persons Notified

Please give details of any official who witnessed the loss, attended the scene or to whom the loss was reported

Name of authority: Philippe Philippart   Location: Yard Myaven's Marcos

Telephone Number: 53 295 291 321⇒   Contact name: id

Date & Time reported: 18/12/04   Reference No: ................

### 7. Racing Risks

a) Did the loss/damage occur whilst the vessel was racing or under starter's orders? [ ] YES [ ] NO

If "yes" was it   [ ] Club   [ ] Offshore or major race

b) Name of race: ......................................   Length of race: ..................

d) Was there a protest? [ ] YES   [ ] NO   If "yes" what was the outcome? ..................

e) What is the full replacement value of the mast, spars, sails and rigging? ..................

Please forward a copy of the protest decision and all statements to your Broker with this form.

### 8. Witnesses

Please give names and telephone numbers of all crew, passengers and other persons who witnessed the incident. Same = yard worker

### 9. Repairs

a) Exact location that vessel can be inspected: Varadero del Caribe Margarita Venez

b) Name of contact person: Philippe Philippart

Telephone No: 58 295 2913310    Fax No: 58 295 2633995

c) Have estimates for the cost of repairs been obtained?    ☐ YES    ☒ NO

If "yes" please state estimated cost ...........

d) Name and address of repairer: (No possible repair on Margarita Is)

Telephone No: ...........    Fax No: ...........

Please forward a copy of the estimate to your Broker with this form

### 10. General

a) In respect of the risks covered by this insurance, has any loss, damage or liability arisen, whether insured or not, in the last ten years?    ☒ YES    ☐ NO

b) If "yes" please give full details of claim, date and costs incurred ...........

c) Is there any other insurance on the property under this claim    ☐ YES    ☒ NO

If "yes" please give details of policy and extent of coverage ...........

### 11. Full Details of Incident

Please give a detailed statement setting out the circumstances of the loss/incident IN FULL (please use the reverse of this page for continuation if necessary and/or a diagram showing circumstances if applicable).

AMIE/A has been moored on Monday Dec 13th 2004 along the wharf of repairers yard Varadero del Caribe and (constated) sunk on Saturday Dec 18th 2004 in the morning by yard manager viewed

I/We hereby declare that the above answers and particulars are, to the best of my/our knowledge and belief, true and correct in every respect. I/We have not withheld any material information relative to this claim.

Signed .......... [signature] ..........    Date Dec 23rd 2004

Full name/Name of company and status Jean Maurice Bergeron CAULAH Business Limited

Yachtsure is a trading name of Underwriting Risk Services Ltd Registered no. 3260112 Underwriting Risk Services. Ltd is a member of the General Insurance Standards Council

*Issued pursuant to order of Mr Timothy Walker dated 19 May 2006*



# Claim Form

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**
**COMMERCIAL COURT**
**ROYAL COURTS OF JUSTICE**

| | for court use only |
|---|---|
| Claim No. | 2006 Folio 410 |
| Issue Date | |

*CLAIMANT'S COPY*

**Claimant(s)**

Talbot 2002 Underwriting Capital Ltd of Lloyd's Syndicate No. 1183
(suing on behalf of itself for its proportion of 100.00% and as representative Underwriter on behalf of all other members of Lloyd's Syndicate Nos. 2001, 2003, 2987, 2020 and 1084)







**Defendant(s)**

(1) JEAN MAURICE BERGERON
PO Box SS 6174
Nassau
BAHAMAS

(2) CAVALAM LTD
PO Box SS 6174
Nassau
BAHAMAS

(3) CAVLAM BUSINESS LTD
1st Floor
Columbus Centre BLD
PO Box 901, Road Town
Tortola
BRITISH VIRGIN ISLANDS

Name and address of Defendant receiving this claim form

See above

| | |
|---|---:|
| Amount claimed | To be assessed |
| Court fee | 1,700 |
| Solicitor's costs | To be assessed |
| Total amount | To be assessed |

---

The court office at the Admiralty and Commercial Registry, Royal Courts of Justice, Strand, London WC2A 2LL is open between 10am and 4.30pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the claim number.

N1(CC) Claim form (CPR Part 7) (03.02)                                                                 Laserform International 3/05

|  | Claim No. |  |
|---|---|---|

Does, or will, your claim include any issues under the Human Rights Act 1998?  ☐ Yes  ☒ No

Brief details of claim

The Defendants are the owners of a 1973 Bertram 63' Motor Yacht, the "M/Y AMIRA" which sank on or about 18th December 2004 and was subsequently refloated at Del Caribe Boatyard, Margarita Island, Venezuela. The Claimant issued a policy of insurance no.YS04/0001 and a schedule thereto forming part of certificate number M/04/08661 covering certain risks to the vessel for the policy period 3rd March 2004 to 3rd March 2005.

The Claimant seeks a declaration that it is not liable to indemnify the Defendants under the relevant policy of insurance or in the alternative a declaration that its liability, if any, under the policy should be limited to an amount equating to the loss which the Defendants would have incurred had they acted timeously as a prudent uninsured following the casualty.

Particulars of claim *XXXXXXXX (will follow if an acknowledgment of service is filed that indicates an intention to defend the claim)

---

Statement of Truth
*XXXXXXXX (The Claimant believes) that the facts stated in this claim form *XXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX are true.
*I am duly authorised by the claimant to sign this statement
Full name  Justin Stephen Reynolds

Name of *XXXXXXX ('s solicitor's firm)
Hill Dickinson LLP

signed _____  position or office held  Partner
*(Claimant) ('s solicitor)          (if signing on behalf of firm, company or corporation)
*delete as appropriate

---

Hill Dickinson LLP
Sun Court
66/67 Cornhill
London EC3V 3RN

Claimant's or solicitor's address to which documents or payments should be sent if different from overleaf including (if appropriate) details of DX, fax or e-mail.

020 7695 1001

Hill Dickinson

## Acknowledgment of Service

Defendant's full name if different from the name given on the claim form

| | |
|---|---|
| **IN THE HIGH COURT OF JUSTICE**<br>**QUEEN'S BENCH DIVISION**<br>**COMMERCIAL COURT**<br>**ROYAL COURTS OF JUSTICE** | |
| Claim No. | 2006 Folio 410 |
| Claimant(s)<br>(including ref.) | Talbot 2002 Underwriting Capital Ltd of Lloyd's Syndicate No. 1183 (suing on behalf of itself for its proportion of 100.00% and as representative Underwriter on behalf of all other members of Lloyd's Syndicate Nos. 2001, 2003, 2987, 2020 and 1084)<br><br>(JSR/224962-36) |
| Defendant(s) | (1) Jean Maurice Bergeron<br>(2) Cavalam Ltd<br>(3) Cavlam Business Ltd |
| Defendant returning this form | Jean Maurice Bergeron |

[Stamp: SUPREME COURT OF JUDICATURE ADMIRALTY & COMMERCIAL REGISTRY 21 AUG 2007]

Address in England or Wales to which documents about this claim should be sent (including reference if appropriate)

| | if applicable | |
|---|---|---|
| c/o Ferman Law<br>27 Bruton Street<br>London | fax no. | |
| | DX no. | |
| Tel. no. 2074995702    Postcode W156QN | e-mail | |

**Tick the appropriate box**

1. (I admit) (The Defendant admits) this claim  ☐

2. ~~(I intend)~~ (The Defendant intends) to defend all of this claim  ☒

3. (I intend) (The Defendant intends) to defend part of this claim  ☐

4. ~~(I intend)~~ (The Defendant intends) to contest jurisdiction  ☒

5. My date of birth is [ ]

If you file an acknowledgment of service but do not file a defence within ~~(28 days)~~ (28) days of the date of service of the particulars of claim, and you have not indicated that you intend to contest jurisdiction, judgment may be entered against you.

If you do not file an application to contest the jurisdiction within ~~28 days~~ 28 days of the date of service of the acknowledgment of service, it will be assumed that you accept the court's jurisdiction.

*Claimant should alter as appropriate if the claim form is to be served out of the jurisdiction together with particulars of claim; see CPR rule 6.20

Signed [signature]
~~(Claimant)~~ (Defendant's solicitor)
Marc Rowin
Attorney/Agent for
Jean Maurice Bergeron

Position or office held
(if signing on behalf of firm, company or corporation)

Date 8/17/07