UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAVLAM BUSINESS LTD. and JEAN MAURICE
BERGERON,

    Plaintiff,　　　　　　　　　　　　　CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　　　　　　08 CV 2225 (JGK)

    vs.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON,

    Defendant.
-----------------------------------------------------------------X

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance on behalf of defendant Certain Underwriters at Lloyd's London, in the above-captioned matter. This will certify that the undersigned is admitted to practice before this Court.

Dated: May 29, 2008

                              By:    /s/ Aaron Singer
                                  Aaron Signer (AS7806)

                            WIGGIN AND DANA LLP
                            Its Attorneys
                            450 Lexington Avenue
                            New York, New York 10017
                            (212) 490-1700
                            (212) 490-0536 (fax)

                            Counsel for Defendant
                            *Certain Underwriters At Lloyd's London*

2

**CERTIFICATE OF SERVICE**

    This is to certify that on the 29th day of May, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                      /s/ Aaron Singer