```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAVLAM BUSINESS, LTD.,

                       Plaintiff(s),

       -against-

CERTAIN UNDERWRITES AT LLOYD'S, LONDON
                     Defendant(s),
------------------------------------------------------------X

08 civ 2225 (JGK)

**ORDER**

      A motion to dismiss was filed on May 29, 2008.

      The plaintiff shall serve and file papers in response to the motion by **July 14, 2008.**

      The defendant shall serve and file any reply papers by **August 4, 2008.**

      The Court will contact the parties in the action shortly thereafter for oral argument. The conference scheduled for Monday, June 2, 2008 is hereby adjourned pending oral argument.

SO ORDERED.

                                                          _____
                                                             JOHN G. KOELTL
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 2, 2008